UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                                      Case No. 8:21-mc-104-KKM-CPT

RICK E. ROCKWELL,

    Defendant.
_____/

PNC BANK, N.A.
401 Mariner Blvd.
Spring Hill, FL 34609,

    Garnishee.
_____/

**O R D E R**

Before the Court is a *Motion for Writ of Garnishment* filed by Nationwide Judgment Recovery, Inc. (Nationwide), as assignee of Plaintiff Matthew E. Orso, who is the successor trustee to Kenneth D. Bell in his capacity as the court-appointed receiver for Rex Venture Group, LLC. (Doc. 29). By way of its motion, Nationwide seeks a writ to assist it in satisfying an August 14, 2017, Judgment in the amount of $244,348.69 entered in Bell's favor in the Western District of North Carolina against

a defendant class, including Defendant Rick E. Rockwell. (Docs. 1, 1-1, 29). According to Nationwide's motion, that Judgment—which has since been registered in the Middle District of Florida—remains unsatisfied, and PNC Bank, N.A. has or may have in its possession and control money or property belonging to Rockwell sufficient to satisfy the Judgment either in whole or in part. (Doc. 29). Nationwide attaches to its motion a proposed writ, as well as a "Notice to Defendant [Rockwell] of [His] Right Against Garnishment of Wages, Money[,] and [ ] Other Property." (Doc. 29-1).

Pursuant to Federal Rule of Civil Procedure 69, the Court looks to the procedures of Florida law governing the execution of a judgment in addressing motions for writs of garnishment. Fed. R. Civ. P. 69(a). Those procedures are found in Chapter 77 of the Florida Statutes and allow for the recovery of a money judgment via such a writ.

Accordingly, it is hereby ORDERED:

1. Nationwide's *Motion for Writ of Garnishment* (Doc. 29) is granted.

2. The Clerk of Court is directed to issue the writ of garnishment included with Nationwide's motion upon Garnishee PNC Bank, N.A., along with the attached notice to Rockwell (Doc. 29-1).

3. Nationwide is directed to comply with the requirements of Chapter 77 of the Florida Statutes.

SO ORDERED in Tampa, Florida, this 6th day of January 2023.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record